United States District Court
Southern District of Texas
**ENTERED**
March 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| FARYAD KARIMI, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-178 |
| | § | |
| PERRY GARCIA, | § | |
| | § | |
| Respondent. | § | |

## SCHEDULING ORDER

Before the Court is Petitioner's Unopposed Request for Scheduling Order, (Dkt. No. 13), and Respondents' Unopposed Motion to Extend Response Deadline, (Dkt. No. 14).

On March 2, 2026, Petitioner's counsel entered an appearance as Pro Bono Counsel on behalf of Petitioner. (Dkt. No. 13). Counsel represents that they intend to amend Petitioner's original petition, (Dkt. No. 1), and they require additional time to review and investigate Petitioner's claims. (Dkt. No. 13 at 1). Petitioner proposes various dates for filing deadlines, and Respondents are unopposed. (Dkt. Nos. 13, 14).

The Court adopts the proposed scheduling order. This schedule will control the disposition of this case subject to amendment by further order. The following actions must be completed by the dates indicated.

| EVENT | DEADLINE |
|---|---|
| Deadline to file an Amended Petition | **March 13, 2026** |
| Deadline to file a Response to the Amended Petition | **March 27, 2026** |
| Deadline to file a Reply, if any | **April 3, 2026** |

This Scheduling Order shall not be modified except by leave of Court upon a

showing of good cause and shall be binding on all parties. Fed. R. Civ. P. 16(b)(4). All prior deadlines not specifically superseded by this Scheduling Order remain in effect.

Accordingly, Petitioner's Unopposed Request for Scheduling Order, (Dkt. No. 13), and Respondents' Unopposed Motion to Extend Response Deadline, (Dkt. No. 14) are **GRANTED**.

IT IS SO **ORDERED**.

**SIGNED** on March 2, 2025.

_____
John A. Kazen
United States District Judge