United States District Court
Southern District of Texas

**ENTERED**

March 17, 2026

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| **FARYAD KARIMI,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-178** |
| | § | |
| **BOBBY THOMPSON, ET AL.,** | § | |
| | § | |
| **Respondents.** | § | |

## <u>ORDER</u>

Before the Court is Petitioner's Emergency Motion to Award the Writ or Issue an Order to Show Cause, (Dkt. No. 23). Petitioner filed the motion when he filed his Emergency Amended Petition for a Writ of Habeas Corpus, (Dkt. No. 22).

In his motion, Petitioner requests that the Court grant the writ or issue an order to show cause. (Dkt. No. 23). He further requests that the Court: (1) serve a copy of the petition, its exhibits, the motion, and the proposed order upon Respondents; (2) issue an order directing Respondents to show cause as to why the writ should not be granted within three days; and (3) amend the current Order, (Dkt. No. 6), to require Respondents to provide at least 10 days written notice before any third country removal is initiated. Based upon a review of the amended petition, Petitioner's motion, (Dkt. No. 23), will be granted in part and denied in part.

First, the Court will not direct service of the amended petition because service by certified mail has already been completed according to the Certificate of Service in the petition, (Dkt. No. 22 at 28).

Second, as set out in the scheduling order, (Dkt. No. 16), the Court **ORDERS** Respondents to file a response to the Amended Petition, (Dkt. No. 22), **by March 27, 2026**. Should Petitioner wish to file a reply, he may do so **by April 3, 2026**.

Finally, the Court recognizes that Petitioner alleges that he is being detained without notice of a proposed country of removal. Therefore, Respondents are **ORDERED** to notify Petitioner, Petitioner's counsel, and the Court of any anticipated or planned transfer or

removal of Petitioner outside of the Southern District of Texas, including notice of a designated country of removal, **at least ten (10) days** before any such removal or transfer. The supersedes the Court's prior Order, (Dkt. No. 6).

Petitioner's Emergency Motion to Award the Writ or Issue an Order to Show Cause, (Dkt. No. 23), is **GRANTED** in part and DENIED in part. Respondents are **ORDERED** to file a response to the petition **by March 27, 2026**. Should Petitioner wish to file a reply, he may do so **by April 3, 2026**.

It is so **ORDERED**.

**SIGNED** on March 17, 2026.

John A. Kazen
United States District Judge